UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-04669 |
| JDM Management, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL
## OF ASSOCIATED BANK, N.A.

THIS CAUSE coming on to be heard on the Debtor's continued motion to use cash collateral pursuant to Section 363 of the Bankruptcy Code; due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The Debtor is authorized to use cash collateral of Associated Bank, N.A. to pay the ordinary and necessary post petition expenses related to the real estate constituting the collateral of the said creditor, as provided in the budget attached hereto.

2. As adequate protection for its existing rights and its interest in the cash collateral, the use of which is authorized by this order, and to the extent that the use of the cash collateral results in any decrease in the value of Associated Bank's liens in said cash collateral, Associated Bank is granted valid, perfected and enforceable post-petition replacement liens on all cash collateral, to the same extent that it had perfected liens prepetition. Associated Bank's post petition lien shall be superior in right to any other lien hereinafter created or arising unless Associated Bank consents in writing or the Court orders otherwise. The replacement liens granted pursuant to this order shall be deemed perfected as against any and all third parties without regard to any applicable statute or other non-bankruptcy law regarding filing or recording, and shall be deemed perfected as of February 7, 2013, to the same extent that Associated Bank's pre-petition liens that are being replaced are valid, perfected and subsisting under applicable law.

3. As additional adequate protection of the security interest of Associated Bank, the Debtor shall pay a total of $3,048.86, equivalent to the regular contractual mortgage payment, pursuant to the budget attached to the Debtor's Motion, to Associated Bank on the 15th day of each month hereafter until further order of Court. Nothing in this order shall be deemed to determine the allocation of such payments between interest and principal.

4. The Debtor's use of cash collateral under this Order is authorized through plan confirmation, dismissal, conversion, appointment of a trustee, appointment of a committee, or further order of Court.

Enter:

United States Bankruptcy Judge

Dated: MAR 2 2 2013

**Prepared by:**

Rev: 20120209_bko

David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265

Rev: 20120209_bko

**JDM Management, LLC**
**13 B 04669**
**Budget for Use of Cash Collateral: Associated Bank, N.A.**
**Monthly Revenues and Expenses Per Building**

<u>811 Illinois, Pontiac, IL</u>

| | |
|---|---|
| Rent | 11,246 |
| Taxes | (1,420) |
| Insurance | (468) |
| Utilities | (1,054) |
| Janitorial & Other Expense | (31) |
| Maintenance & Repairs | (834) |
| Net Available for Bank | 7,439 |

Adequate protection payment for $775,000 loan secured by named building: $3,048.86/month at contractual terms